# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ASHLIE LARSON,
    **Plaintiff,**

-vs-                                         Case No. 6:08-cv-718-Orl-28KRS

HERZING, INC.,
    **Defendant.**

## ORDER

This case is before the Court on the Joint Motion for Approval of the Settlement of Plaintiff's FLSA[1] Claims (Doc. No. 35) filed March 19, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 8, 2009 (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of the Settlement of Plaintiff's FLSA Claims is **GRANTED**.

3. The Court finds the settlement agreement to be a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

---

[1] Fair Labor Standards Act.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. Plaintiff's attorney is prohibited from withholding any portion of the $27,428.34 payable to Plaintiff under the settlement agreement.

6. All pending motions are **DENIED as moot.**

7. This case is dismissed with prejudice.

8. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party